Form 27 - GENERAL PURPOSE
**MOSES & SINGER LLP**
**ATTN:**

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

| | |
|---|---|
| GREGORY LENOIR ALLMAN, ETAL       plaintiff | Index No. **08 CV 7113** |
| - against - | Date Filed ............ |
| UMG RECORDINGS, INC.              defendant | Office No. **10332-102** |
| | Court Date:   / / |

--------------------------------------------------------

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**JOSE ESPINAL**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **11th  day of August, 2008**      at  **02:00 PM.**,                  at
    **%CT CORP.SYSTEM, 111 8TH AVE**
    **NEW YORK, NY 10001**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **INDIVIDUAL RULES OF PRACTICE OF JUDGE P. KEVIN**
    **CASTEL AND INDIVIDUAL RULES AND PRACTICE OF**
    **MAGISTRATE JUDGE RONALD L. ELLIS**

upon **UMG RECORDINGS, INC.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **AIXA FLORES, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**          COLOR: **TAN**         HAIR: **BLACK**
        APP. AGE: **40**         APP. HT: **5:6**       APP. WT: **145**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
14th  day of  August, 2008k


KENNETH WISSNER                          JOSE ESPINAL  1278811
Notary Public, State of New York         AETNA CENTRAL JUDICIAL SERVICES
    No.01WI4714130                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY             NEW YORK, NY, 10007
Commission Expires 03/30/2010            Reference No: 7M&S143654