(A)1EC/5

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
GREGORY LENOIR ALLMAN, et al.,

        Plaintiffs,

    v.

UMG RECORDINGS, INC.,

        Defendant.
----------------------------------------X

Case No.: 08 Civ. 7113 (PKC)

### STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

It is hereby stipulated and agreed by and among the parties hereto and their undersigned counsel that the time within which defendant UMG Recordings, Inc. shall answer, move or otherwise respond to the complaint in this matter shall be extended up to and including October 2, 2008.

MOSES & SINGER

BY: _____
Julie Stark (JS-8925)
Attorney for Plaintiffs
405 Lexington Avenue
New York, New York 10174-1299
Tel: (212) 554-7800
Fax: (212) 554-7700

UMG RECORDINGS, INC.

BY: _____
Carla M. Miller (CM-3534)
Attorney for Defendant
1755 Broadway, 4th Floor
New York, New York 10019
Tel: (212) 331-2564
Fax: (212) 331-2582

So Ordered: _____

Dated: _____8-28-08_____

9556.7