UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GREGORY LENOIR ALLMAN, JAIMOE F/K/A
JOHNNY LEE JOHNSON, CLAUDE HUDSON
TRUCKS P/K/A BUTCH TRUCKS and FORREST
RICHARD BETTS P/K/A DICKEY BETTS,

                          Plaintiffs,                        08 Civ. 7113 (PKC)

      -against-                                 ORDER

UMG RECORDINGS, INC., a Delaware corporation,

                          Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        I have Mr. Fakler's letter of August 10, 2009 on behalf of plaintiffs raising certain discovery disputes. Mr. Fakler is directed to telephone Mr. Pomerantz to arrange a face-to-face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow any other outstanding discovery disputes. Mr. Pomerantz shall make himself available for such a meeting within ten days from the date of this Order. Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") by September 9, 2009 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing. For further guidance, counsel are encouraged to consult this Court's opinion in Zaccaro v. Shah, 08

Civ. 3138(PKC), 2008 WL 5429636 (S.D.N.Y. Dec. 22, 2008).

If any discovery disputes arise in the future, the above procedures are to be followed.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 11, 2009