```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREGORY LENOIR ALLMAN, JAIMOE F/K/A
JOHNNY LEE JOHNSON, CLAUDE HUDSON
TRUCKS P/K/A BUTCH TRUCKS and FORREST
RICHARD BETTS P/K/A DICKEY BETTS,

                Plaintiffs,                08 Civ. 7113 (PKC)

    -against-                           ORDER

UMG RECORDINGS, INC., a Delaware corporation,

                Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        I have the parties Joint Letter of September 9, 2009 setting forth certain discovery disputes. These are the Court's rulings:

1.    By September 30, 2009, UMG is to produce all agreements between UMG and any digital music service relating to permanent download and master tone services in existence as of August 31, 2009. This requires updating the FBT Litigation production.

2.    By September 30, 2009, UMG shall identify the person or persons most knowledgeable about the negotiation of each agreement between UMG and any digital music service relating to permanent download and master tone services. UMG need not produce all documents relating to the negotiation and analyses of these agreements.

3.    By September 30, 2009, UMG shall produce The Harry Fox Agency audits for the period January 2003 through June 2007 and identify the person or

persons with UMG most knowledgable about the audits.

4. All documents ordered produced under this Order may be designated as confidential under the existing confidentiality Order.

5. All other relief sought by any party is denied.

6. The date in paragraph 5 of the Case Management Plan and Scheduling Order is extended to December 15, 2009. The date in paragraph 7 of said Order is extended to March 2, 2010. No further extensions will be granted.

7. The Conference scheduled for November 6, 2009 is adjourned to January 15, 2010 at 2:15 p.m.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 10, 2009